■
**Harriet K. WILLIAMS, Appellant,**

v.

**Joseph Braxton WILLIAMS et al., etc.,
Appellees.**

**Joseph Bourne WILLIAMS, Appellant,**

v.

**Joseph Braxton WILLIAMS et al., etc.,
Appellees.**

Court of Appeals of Kentucky.

Sept. 28, 1973.

Rehearing Denied Jan. 4, 1974.

W. David Denton, William E. Scent, Reed, Scent & Walton, Paducah, for appellant Harriet K. Williams.

J. B. Williams, pro se, Farland Robbins, Mayfield, for appellant Joseph Bourne Williams.

George R. Effinger, Wesley G. Gatlin, Boehl, Stopher, Graves & Deindoerfer, Paducah, Robert O. Miller, Sidney Easley, Wells Overbey, Murray, for appellees Joseph Braxton Williams et al., etc.

Memorandum Opinion of the Court by Special Commissioner CHARLES R. RICHARDSON, Affirming.*

■
**COMMONWEALTH of Kentucky, DEPART-
MENT OF HIGHWAYS, Appellant,**

v.

**Sam RILEY, Appellee.**

Court of Appeals of Kentucky.

Dec. 7, 1973.

Jim Robinson, General Counsel, Department of Highways, Frankfort, Kenneth S. Baker, Jackson, for appellant.

Richard D. Cooper, Cooper & Gullett, Hazard, for appellee.

Memorandum Opinion of the Court by Commissioner CATINNA, Reversing.*

■
**Victor COX, Petitioner,**

v.

**John P. LAIR, Judge, Pendleton Circuit
Court, Respondent.**

Court of Appeals of Kentucky.

Dec. 7, 1973.

Richard I. Fleischer, Cincinnati, Ohio, C. Houston Ebert, Ebert, Ebert & Moore, Newport, for appellant.

Memorandum Opinion by Chief Justice PALMORE, Denying prohibition.*

* Opinion ordered not to be published.